IRVING GERBER, Appellant, *v.* JAROLD SHOPS, INC., Respondent.

Argued April 20, 1954; decided June 4, 1954.

*Jacob W. Friedman* and *George Horowitz* for appellant.

*Jay Leo Rothschild* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.